UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 15-27218 |
|---|---|---|
| Wilma J. Cruzado | Judge: | ABA |
| | Chapter: | 7 |

# ORDER Re VOLUNTARY CONVERSION FROM CHAPTER 13 TO CHAPTER 7

The relief set forth on the following page is hereby **ORDERED**.

DATED: November 20, 2017

/s/ Andrew B. Altenburg, Jr.
Judge, U. S. Bankruptcy Court

The Court having noted the voluntary conversion to chapter 7 by the debtor, and for good cause shown, it is hereby

ORDERED that within 120 days of the date of this order the chapter 13 trustee shall file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED that upon the filing of the Final Report the chapter 13 trustee is discharged as trustee of the estate and the bond is canceled, and it is further

ORDERED that within 14 days the debtor shall file:

- amendments to previously filed schedules and statements as necessary,

- all schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed, and

- a schedule of all property which was acquired after the commencement of the case, but before the entry of this order, and

- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this order, and

- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this order.

*rev.12/1/09*

United States Bankruptcy Court
District of New Jersey

In re:  
Wilma J. Cruzado  
    Debtor

Case No. 15-27218-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Nov 20, 2017  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2017.  
db          +Wilma J. Cruzado,   66 Sparks Ave.,   Pennsville, NJ 08070-1812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2017 at the address(es) listed below:

      Can Guner   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;Ras@ecf.courtdrive.com  
      Charles G. Wohlrab   on behalf of Creditor   Nationstar Mortgage LLC cwohlrab@logs.com, njbankruptcynotifications@logs.com  
      Charles G. Wohlrab   on behalf of Creditor   NATIONSTAR MORTGAGE LLC cwohlrab@logs.com, njbankruptcynotifications@logs.com  
      Denise E. Carlon   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Jeanette F. Frankenberg   on behalf of Creditor   Nationstar Mortgage LLC cmecf@sternlav.com  
      Laura M. Egerman   on behalf of Creditor   Nationstar Mortgage LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
      Patrick O. Lacsina   on behalf of Creditor   Nationstar Mortgage LLC bmusarra@rasnj.com, bkyecf@rasflaw.com,legerman@rasnj.com  
      Victor Druziako   on behalf of Debtor Wilma J. Cruzado bkdruziako@aol.com  
                                        TOTAL: 9