UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
CRUZADO, WILMA J.

Case No.: 15-27218-ABA  
Chapter: 7  
Judge: Andrew B. Altenburg, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on January 30, 2018, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 66 SPARKS AVE., PENNSVILLE NJ 08070-9605<br>(FMV $145,000.00) |
|---|---|

| Liens on property: | $139,381.51 - NATION STAR MTG |
|---|---|

| Amount of equity claimed as exempt: | $17,430.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:    Andrew Sklar, Chapter 7 Trustee

Address:    1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 15-27218-ABA
Wilma J. Cruzado                                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                  Page 1 of 2                Date Rcvd: Dec 27, 2017
                              Form ID: pdf905              Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2017.
```
db             +Wilma J. Cruzado,    66 Sparks Ave.,     Pennsville, NJ 08070-1812
aty            +Shapiro & DeNardo LLC,    14000 Commerce Parkway,    Suite B,    Mt. Laurel, NJ 08054-2242
515734914      +ARS Account Resolution Systems,    1643 Harrison Parkway, Suite 100,    Sunrise, FL 33323-2857
515734916     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    POB 982235,    El Paso, Texas 79998-2235)
515889502      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515734918      +Comenity Bank/Peebles,    POB 182789,    Columbus, OH 43218-2789
515734921       Eichenbaum & Stylianou, LLC,    POB 914,    Paramus, New Jersey 07653-0914
515734922       Emergency Phys. Assoc. of S. Jersey, PC,     POB 740021,    Cincinnati, Ohio 45274-0021
515734923      +Healthcare Commons Inc.,    500 S. Pennsville Auburn Road,    Carneys Point, NJ 08069-2943
517079506       JPMORGAN CHASE BANK, N.A.,    KML Law Group PC,    Sentry Office Plaza,
                 216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
515919464       JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                 Ft. Worth, TX 76101-2032
515734924       Liberty Mutual Group,    POB 8400,    Dover, New Hampshire 03821-8400
516336759      +NATIONSTAR MORTGAGE LLC,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516699425     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,    PO BOX 619096,    Dallas, TX  75261-9741)
515734925       Nationstar Mortgage,    POB 60516,    City of Industry, California 91716-0516
516698080      +Nationstar Mortgage LLC,    PO Box 619094,    Dallas, TX 75261-9094
516111201      +Nationstar Mortgage LLC,    Shapiro & DeNardo, LLC,    14000 Commerce Parkway, Suite B,
                 Mount Laurel, NJ 08054-2242
515993655      +Nationstar Mortgage LLC,    RAS Citron LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
515734926      +Orlando Santiago,    66 Sparks Ave.,    Pennsville, New Jersey 08070-1812
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 27 2017 22:34:01      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 27 2017 22:33:59      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515734915       E-mail/Text: bankruptcy@pepcoholdings.com Dec 27 2017 22:33:49      Atlantic City Electric,
                 POB 13610,    Philadelphia, Pennsylvania 19101-3610
515734917       E-mail/Text: bk.notifications@jpmchase.com Dec 27 2017 22:33:53      Chase Auto Finance,
                 POB 901076,    Fort Worth, Texas 76101-2076
515734919      +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 27 2017 22:34:38
                 Credit Collection Services,    Two Wells Ave.,    Newton, Massachusetts 02459-3246
515734920       E-mail/Text: mrdiscen@discover.com Dec 27 2017 22:33:06      Discover Financial,    POB 15316,
                 Wilmington, Delaware 19850-5316
515743498       E-mail/Text: mrdiscen@discover.com Dec 27 2017 22:33:06      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
515921637       E-mail/Text: bk.notifications@jpmchase.com Dec 27 2017 22:33:53      JPMorgan Chase Bank, N.A.,
                 PO Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
515841908       E-mail/Text: bnc-quantum@quantum3group.com Dec 27 2017 22:33:55
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516699426       Dallas, TX 75261
cr*            +Nationstar Mortgage LLC,    RAS Citron LLC,    130 Clinton Road,   Suite 202,
                 Fairfield, NJ 07004-2927
516924394*     +Nationstar Mortgage , LLC,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
                                                                                TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin                 Page 2 of 2                  Date Rcvd: Dec 27, 2017
                              Form ID: pdf905             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2017 at the address(es) listed below:
              Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Can   Guner    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;Ras@ecf.courtdrive.com
              Charles G. Wohlrab    on behalf of Creditor    NATIONSTAR MORTGAGE LLC cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC bmusarra@rasnj.com,
               bkyecf@rasflaw.com,legerman@rasnj.com
              Victor   Druziako    on behalf of Debtor Wilma J. Cruzado bkdruziako@aol.com
                                                                                               TOTAL: 9
```